# SEALED

**Office of the United States Attorney**
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>                    Plaintiff,              )<br>                                                       )<br>          v.                                           )<br>                                                       )<br>JIMMY WILSON,                      )<br>                                                       )<br>                    Defendant.         ) | 2:10-CR-284-RLH (PAL) |

**ORDER OF FORFEITURE**

This Court finds that on February 16, 2011, defendant JIMMY WILSON pled guilty to Count One of a Four-Count Criminal Indictment charging him with Conspiracy to Commit Bank Fraud, that is, to execute and attempt a scheme and artifice to defraud a federally insured financial institution, and to obtain money, funds, assets, and property owned by and under the custody and control of a federally insured financial institution, by means of materially false and fraudulent pretenses, representations, and promises, and material omissions in violation of Title 18, United States Code, Sections 1344(1) and (2) and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment.

This Court finds that JIMMY WILSON shall pay a criminal forfeiture money judgment of $468,473.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2).

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JIMMY WILSON a criminal forfeiture money judgment in the amount of $468,473.00 in United States Currency.

DATED this __2nd__ day of _____March_____, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on March 1, 2011, by the below identified method of service:

First Class Mail

Thomas A. Ericsson
Ellsworth, Moody, & Bennion, Chtd
7881 W. Charleston Boulevard, Suite 210
Las Vegas, NV 89117
tom@silverstatelaw.com
*Counsel for Jimmy Wilson*.

/s/HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk