**FILED**

MAY 3 0 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
        v.                         )          2:10-CR-284-RLH (PAL)
                                   )
JIMMY WILSON,                      )
                                   )
                    Defendant.     )

## ORDER OF FORFEITURE

This Court found on March 2, 2011, that JIMMY WILSON shall pay a criminal forfeiture money judgment of $468,473.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 64.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JIMMY WILSON a criminal forfeiture money judgment in the amount of $468,473.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this _30_ day of __May__, 2012.

_____
UNITED STATES DISTRICT JUDGE